

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2018

No. 04-18-00183-CR

Cornell Jackie **DRUMMER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR1948A
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Pursuant to this court's prior order, appellant's pro se brief is due in this court on or before August 9, 2018. The pro se appellant has filed a motion for extension of time asking for additional time in which to file his brief. After review, we **GRANT** appellant's motion and **ORDER** the pro se appellant to file his brief in this court **on or before September 10, 2018.**

We **order** the clerk of this court to serve a copy of this order on the pro se appellant and all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2018.

KEITH E. HOTTLE,
Clerk of Court